UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| RITZ SAFETY, LLC<br><br>VERSUS<br><br>TSG NEW ORLEANS, LLC a/k/a<br>TSG MANAGEMENT SERVICES, LLC a/k/a<br>TSG RECOVERY SERVICES, LLC a/k/a<br>TSG SERVICES, LLC and<br>MICHAEL SULLIVAN a/k/a<br>MICHEAL SULLIVAN | CIVIL ACTION NO. |

## **COMPLAINT**

Comes the Plaintiff, Ritz Safety, LLC ("Ritz Safety"), by counsel, and for its Complaint against the Defendants, TSG New Orleans, LLC a/k/a TSG Management Services, LLC a/k/a TSG Recovery Services, LLC a/k/a TSG Services, LLC (collectively "TSG") and Michael Sullivan a/k/a Micheal Sullivan ("Mr. Sullivan"), states as follows:

GENERAL STATEMENT OF THE ACTION

1. This is an action for money damages and breach of contract arising from the non-payment or partial payment of invoices for goods provided by Ritz Safety to TSG and/or Mr. Sullivan, or to third-parties on TSG's and/or Mr. Sullivan's behalf.

PARTIES

2. Plaintiff Ritz Safety, LLC is limited liability company organized under the laws of the State of Ohio, having its principal place of business located at 7725 Paragon Rd., Dayton, Ohio 45459. Ritz Safety, LLC is in the trade of selling personal protective equipment. Ritz Safety, LLC has three members: (1) Daniel W. Crotty, who is a citizen and resident of Ohio, (2) Peter E. Merkl, who is a citizen and resident of Florida, and (3)

1

Matthew R. Bruggeman, who is a citizen and resident of Ohio. As such, Ritz Safety, LLC is a citizen of Ohio and Florida.

3. Defendant TSG New Orleans, LLC a/k/a TSG Management Services, LLC a/k/a TSG Recovery Services, LLC a/k/a TSG Services, LLC is a limited liability company organized under the laws of the State of Louisiana with a principal place of business located at 730 Julia Street, New Orleans, Louisiana 70130. Upon information and belief, TSG New Orleans, LLC a/k/a TSG Management Services, LLC a/k/a TSG Recovery Services, LLC a/k/a TSG Services, LLC, each have one member, Michael Sullivan, a resident and citizen of the state of Georgia. As such, TSG New Orleans, LLC a/k/a TSG Management Services, LLC a/k/a TSG Recovery Services, LLC a/k/a TSG Services, LLC is a citizen of Georgia.

4. Upon information and belief, Defendant Mr. Sullivan is a resident and citizen of the State of Georgia, residing at 313 Worthing Lane, McDonough, Georgia 30253.

## JURISDICTION AND VENUE

5. This Court has subject matter jurisdiction pursuant to 28 U.S.C. § 1332 because there is complete diversity of citizenship between the Plaintiff and Defendants, and the amount in controversy exceeds $75,000, exclusive of interest and costs. Diversity of citizenship exists because Plaintiff is a citizen of Ohio and Florida, and TSG and Mr. Sullivan are citizens of Georgia.

6. This Court has personal jurisdiction over TSG and Mr. Sullivan under La. R.S. § 13:3201(A) (1) because each and both of them transacted business in Louisiana.

7. Venue is proper in this District under 28 U.S.C. § 1391(b)(2) because the acts and occurrences took place at least in part in this judicial district.

## GENERAL ALLEGATIONS

8. In 2024, Defendant TSG received a minority-owned business grant from the Florida Division of Emergency Management ("FDEM") to provide personal safety equipment for the purpose of hurricane-related cleanup in Florida.

9. Thereafter, TSG and Mr. Sullivan contracted with Ritz Safety to order goods, including various cleaning supplies and related items, to provide to FDEM, and TSG and Mr. Sullivan instructed Ritz Safety where to deliver the goods.

10. Throughout October and November 2024, TSG sent Ritz Safety various purchase orders for the above-described goods, and Ritz Safety fulfilled the purchase orders by delivering the requested goods to the location(s) directed by TSG and Mr. Sullivan.

11. After Ritz Safety delivered the goods as directed by TSG and Mr. Sullivan, it sent invoices to TSG requesting payment for the goods provided.

12. On October 10, 2024, Ritz Safety sent Invoice 6819808 to TSG for $17,373.63 plus an additional $1,092.42 for sales tax. (See Attached "Exhibit A".)

13. For Invoice 6819808, TSG and/or Mr. Sullivan paid $2,454.80, resulting in an unpaid balance of $16,011.25.

14. Ritz Safety sent the following additional invoices for goods provided to TSG in October 2024:

| Invoice | Amount |
|---|---|
| 6831998 | $ 5,460.06 |
| 6835566 | $ 74,275.00 |
| 6835567 | $ 12,372.88 |
| 6835679 | $ 246,525.00 |
| 6836460 | $ 656.70 |
| 6836461 | $ 2,479.04 |
| 6837726 | $ 985.05 |

| | | |
|---|---|---|
| 6838299 | $ | 23,445.67 |
| 6838344 | $ | 846.57 |
| 6838514 | $ | 31,272.13 |
| 6838568 | $ | 127,275.00 |
| 6838739 | $ | 156,531.00 |
| Total | $ | 682,124.10 |

See attached "Composite Exhibit B."

15. Upon request from TSG and Mr. Sullivan, the October 2024 Invoices were ultimately consolidated into a single bill: Invoice 6875271. (See attached "Exhibit C.") Ritz Safety applied a credit of $39,309.09 for sales tax after TSG and Mr. Sullivan produced a 2024 Florida Annual Resale Certificate for Sales Tax which exempted TSG – and part of the subject transaction – from sales tax.

16. For Invoice 6875271, TSG and/or Mr. Sullivan paid $75,000.00, resulting in a then-total unpaid balance to Ritz Safety of $567,815.05.

17. Ritz Safety sent the following invoices for goods provided to TSG in November 2024:

| | | |
|---|---|---|
| 6840315 | $ | 46,177.31 |
| 6843319 | $ | 8,724.60 |
| 6843320 | $ | 11,854.04 |
| 6850957 | $ | 22,076.06 |
| 6854657 | $ | 11,394.21 |
| 6855632 | $ | 4,382.78 |
| Total | $ | 104,609.00 |

See attached "Composite Exhibit D."

18. Upon request from TSG and Mr. Sullivan, the November 2024 Invoices were later consolidated into a single bill: Invoice 6875275. (See attached "Exhibit E.") Ritz Safety applied a credit of $6,332.75 for sales tax after TSG and Mr. Sullivan produced a

4

2024 Florida Annual Resale Certificate for Sales Tax which exempted TSG – and part of the subject transaction – from sales tax.

19. For Invoice 6875275, TSG and/or Mr. Sullivan failed to make any payments, resulting in an unpaid balance to Ritz Safety of $98,276.25.

20. On December 3, 2024, Ritz Safety sent Invoice 6879842 to TSG for $326.16. (See attached "Exhibit F.")

21. For Invoice 6879842, TSG and/or Mr. Sullivan failed to make any payments, resulting in an unpaid balance of $326.16.

22. There is and remains a total unpaid balance of $682,428.71 owed to Ritz Safety by TSG and/or Mr. Sullivan, plus other amounts due and owing in an amount to be proven at trial.

23. Written demand was made on TSG and Mr. Sullivan for payment of the past due invoices, and despite demand, such invoices remain outstanding.

## COUNT I – Open Account Action Against Defendant TSG

24. Ritz Safety realleges the allegations contained in Paragraphs 1-23 above.

25. Ritz Safety provided various goods and/or services to TSG, as a result of which, Ritz Safety created and sent numerous invoices to TSG as described herein.

26. Despite written demands for payment, invoices totaling $682,428.71 remain unpaid and are past due, with finance charges and attorneys' fees and costs owed pursuant to La. R.S. §9:2781.

27. Plaintiff, Ritz Safety, LLC demands judgment against Defendant TSG New Orleans, LLC a/k/a TSG Management Services, LLC a/k/a TSG Recovery Services, LLC d/b/a TSG Services, LLC in the principal amount of 682,428.71, plus finance charges,

attorneys' fees, costs, pre and post judgment interest, and other amounts due and owing in an amount to be proven at trial.

## COUNT II – Breach of Contract Against Defendant TSG

28. Ritz Safety realleges the allegations contained in Paragraphs 1-27 above.

29. Over the course of dealings between TSG and Ritz Safety, Ritz Safety delivered goods to fulfill TSG's orders, and TSG promised to pay Ritz Safety for those goods upon receipt of invoices.

30. TSG is in material breach of this agreement based on its failure to pay Ritz Safety's invoices to TSG in the aggregate amount of $682,428.71.

31. As a direct and proximate result of TSG's breach and failure to pay for the goods provided, Ritz Safety has suffered damages in the principal amount of $682,428.71, plus other amounts due and owing in an amount to be proven at trial.

32. Plaintiff, Ritz Safety, LLC demands judgment against Defendant TSG New Orleans, LLC a/k/a TSG Management Services, LLC a/k/a TSG Recovery Services, LLC d/b/a TSG Services, LLC in the principal amount of 682,428.71, plus finance charges, attorneys' fees, costs, pre and post judgment interest, and other amounts due and owing in an amount to be proven at trial.

## COUNT III – Breach of Contract Against Defendant Mr. Sullivan

33. Ritz Safety realleges the allegations contained in Paragraphs 1-32 above.

34. As owner and/or member of TSG New Orleans, LLC a/k/a TSG Management Services, LLC a/k/a TSG Recovery Services, LLC a/k/a TSG Services, LLC, Defendant Mr. Sullivan is personally responsible and liable for TSG's tortious acts.

35. Over the course of dealings between TSG and Ritz Safety, Ritz Safety delivered goods to fulfill TSG's orders, and TSG and/or Mr. Sullivan promised to pay Ritz Safety for those goods upon receipt of invoices.

36. Mr. Sullivan materially breached this agreement when he failed to fully pay Ritz Safety's invoices in the aggregate amount of $682,428.71.

37. As a direct and proximate result of Mr. Sullivan's breaches, Ritz Safety suffered damages in the principal amount of $682,428.71, plus other amounts due and owing in an amount to be proven at trial.

38. Plaintiff, Ritz Safety, LLC demands judgment against Defendant Michael Sullivan a/k/a Micheal Sullivan in the amount of 682,428.71, plus finance charges, attorneys' fees, costs, pre and post judgment interest, and other amounts due and owing in an amount to be proven at trial.

### COUNT IV – Unjust Enrichment Against TSG and Mr. Sullivan

39. Ritz Safety realleges the allegations contained in Paragraphs 1-38 above.

40. Pleading alternatively, Ritz Safety provided valuable goods and services to TSG and Mr. Sullivan, which were accepted by TSG and Mr. Sullivan.

41. By failing to pay for the goods and services provided, TSG and Mr. Sullivan were unjustly enriched to Ritz Safety's detriment for all of the amounts invoiced by Ritz Safety which remain unpaid, and Ritz Safety is entitled to compensation in full for the goods and services it provided to TSG and Mr. Sullivan.

42. As a result, TSG and Mr. Sullivan are liable to Ritz Safety for damages in in the amount of 682,428.71, plus finance charges, attorneys' fees, costs, pre and post judgment interest, and other amounts due and owing in an amount to be proven at trial.

## REQUEST FOR RELIEF

WHEREFORE, Ritz Safety, LLC respectfully requests the Court grant judgment against Defendants TSG New Orleans, LLC a/k/a TSG Management Services, LLC a/k/a TSG Recovery Services, LLC a/k/a TSG Services, LLC and Michael Sullivan a/k/a Micheal Sullivan, and in favor of Plaintiff, Ritz Safety, LLC, as follows:

A.      $682,428.71 for the principal amount due based on the Defendants' failure to pay invoices for goods provided;

B.      Such other damages as are discovered during the course of discovery;

C.      Attorneys' fees and all costs of litigation;

D.      All pre-judgment and post-judgment interest; and

E.      Any and all equitable relief to which Ritz Safety, LLC may appear properly entitled and which this Court is competent to grant.

## JURY DEMAND

Plaintiff, Ritz Safety, LLC respectfully requests a trial by jury.

RESPECTFULLY SUBMITTED, this the 30th day of April, 2025.

**MILLER HAHN, PLLC**

By: /s/ *Patrick E. Costello*
    Patrick E. Costello, Esq., T.A. (LA 26619)
    Ryan A. Hahn, Esq. (*Pro Hac Vice Admission Forthcoming*)
    Allan C. Crane, Esq. (LA 23700)
    365 Canal St., Suite 860
    New Orleans, LA 70130
    Telephone: (504) 684-5044
    Facsimile: (866) 578-2230
    Email:    pcostello@millerlaw-firm.com
                rhahn@millerlaw-firm.com
                acrane@millerlaw-firm.com

*Attorneys for Plaintiff, Ritz Safety, LLC*